AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Emissive Energy Corporation

V.

Innovage, Inc. and Walgreen Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-401S

TO: (Name and address of Defendant)

Innovage, Inc.
19511 Pauling
Foothill Ranch, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9-22-06

DATE

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

This item was delivered on 09/25/2006 at 12:51

| Signature: | Delivery Section |
|---|---|
| | K. Hay<br>Kelsey Hay |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Deborah L. Davenport<br>c/o Innovage, Inc.<br>19511 Pauling<br>Foothill Ranch, CA 92610 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0006 8508 9413 |

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540