UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,
Plaintiff,

v. C.A. No. 2006-401-S

INNOVAGE, INC. and WALGREEN CO.,
Defendants.

**STIPULATION**

The parties stipulate and agree that the defendants may an enlargement of time, to and including December 18, 2006, to file their response to the complaint.

Plaintiff,
By Its Attorney,

/s/ Craig M. Scott

Craig M. Scott (#4237)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel. (401) 455-0700
FAX (401) 455-0701

Defendants,
By Their Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

___________________________________
The Honorable William E. Smith
United States District Judge

Date: __________