UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,
Plaintiff,

v. C.A. No. 2006-401-S

INNOVAGE, INC., et al.
Defendants.

**DEFENDANTS INNOVAGE, INC.'S AND WALGREEN CO.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendants INNOVAGE, INC. ("Innovage") and WALGREEN CO. ("Walgreen"), by their undersigned local counsel, hereby move for a one-week extension of time, to and including January 5, 2007, to file their response to plaintiff's First Amended Complaint.

Innovage and Walgreen were served with the First Amended Complaint through the ECF system on December 11, 2006 and their response is due today. Innovage and Walgreen will be filing a motion with this court asking that the case be transferred to California where an earlier-filed action between the parties is pending. Innovage and Walgreen need the additional time requested herein to complete their motion papers, which will include a supporting memorandum of law and supporting affidavits.

Defendants,
INNOVAGE, INC. and WALGREEN CO.,

/s/ Michael H. Feldhuhn

By: Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: December 29, 2006

**CERTIFICATION**

I hereby certify that on this 29th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn

__________________________

Michael H. Feldhuhn (#3344)