**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | Civil Action No.: 06-CV-401-S (LDA) |

**DEFENDANTS INNOVAGE, INC.'S AND WALGREEN CO.'S MOTION TO TRANSFER OR STAY PURSUANT TO 28 U.S.C. §§1404, 1406 AND/OR 1412**

Defendants Innovage, Inc. ("Innovage") and Walgreen Co. d/b/a Walgreens hereby move for an Order transferring or staying this action pursuant to 28 U.S.C. §§1404, 1406 and/or 1412 and this Court's inherent power.

Plaintiff Emissive Energy Corporation ("Emissive") brought this action nearly two months after Defendant Innovage filed an identical lawsuit for declaratory judgment against Emissive, in the Central District of California. In response to the first filed California complaint, Emissive filed a Motion to Dismiss, Transfer or Stay, which is currently pending before the California Court with a hearing scheduled for January 29, 2007.

It is well settled that the first-filed rule generally gives precedence to the first of two duplicative actions filed in different federal courts. Furthermore, for the convenience of the parties and in the interest of justice, the California case should be given precedence. Therefore,

this action should be transferred to the Central District of California or stayed pending the resolution of the first filed action.

Filed in support of this Motion to Transfer or Stay are Defendants' Memorandum of Law in Support of the Motion, and the Declarations of Michael Meryash, Sharon Celis and Howard C. Miskin with exhibits.

Dated: January 3, 2007

Defendants,
INNOVAGE, INC. and WALGREEN CO.,
By Their Attorneys,

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

Howard C. Miskin, pro hac vice
Gloria Tsui-Yip, pro hac vice pending
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904

**CERTIFICATION**

I hereby certify that on this 3rd day of January, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn