**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | Civil Action No.: 06-CV-401-S (LDA) |

**DECLARATION OF MICHAEL MERYASH**

I, MICHAEL MERYASH, declare as follows:

1. I am a Director of Innovage, Inc, a California Corporation, with an office at 19511 Pauling, Foothill Ranch, CA 92610. I have personal knowledge of the matters contained in this Declaration and if called to testify as a witness, could and would competently testify for the facts stated below.

2. While no definitive decision has been made, we expect to have witnesses testify at trial from: (a) a retail operation in California and (b) a customer in Utah located adjacent the border of California. In view of the distance to Rhode Island, these witnesses may not be willing to take the time and effort to attend trial as a witness. The offices of these customers are beyond the scope of the subpoena power of the Rhode Island Court.

3. If the case were in California, the trip to Los Angeles is not long or difficult so we would expect these companies to attend the trial. They would testify to the lack of knowledge of Emissive selling its flashlights under the mark INOVA, they would state and testify that in their opinion there would be no likelihood of confusion between INOVA which is more of a common term, with Innovage, which is a unique term.

4. All the discussions regarding the original selection of the mark INNOVAGE were conducted in California, as are its yearly directors' meetings.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and accurate.

Dated: January 2, 2007
Berkley, California

Michael Meryash