**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | Civil Action No.: 06-CV-401-S (LDA) |

**DECLARATION OF SHARON CELIS**

I, SHARON CELIS, declare as follows:

1. I am the Human Resources Manager of Innovage, Inc., a California Corporation, with an office at 19511 Pauling, Foothill Ranch, CA 92610. I have personal knowledge of the matters contained in this Declaration and if called to testify as a witness, could and would competently testify for the facts stated below.

2. Innovage, Inc. has a small office and its only office is at 19511 Pauling, Foothill Ranch, CA 92610. It has six (6) employees. Even if one of the employees were required to testify in Rhode Island it would create a major problem for them to travel to and from Rhode Island and to attend the trial. Innovage's office is about an hour from the Court in California so that testifying at trial would not interfere with the operation of the office as it would if the employees have to testify in Rhode Island.

3. At the request of our outside counsel, I checked the records and found that a flashlight product bearing Innovage was sold as early as July 26, 2001. To my knowledge, no instance of confusion has arisen except allegedly from Emissive.

4. Innovage is in the business of importing, selling and distributing various items for household use within the United States bearing its trademark "Innovage" and the tradename "Innovage," including flashlights.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and accurate.

Dated: January 2, 2007
Foothill Ranch, California

Sharon Celis