DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Craig M. Scott, Esq.*
*cscott@duffysweeney.com*

June 23, 2006

*Via Federal Express*

Dana L. Green, Esq.
Senior Vice President - General Counsel
Walgreen Company
200 Wilmot Road
Deerfield, IL 60015

Re: *Infringement of Emissive Energy Corp. Trademark*

Dear Ms. Green:

This firm represents Emissive Energy Corp. ("Emissive"). As you may be aware, Emissive manufactures high-quality INOVA® brand LED lighting equipment that delivers optimum performance, durability and design. Emissive uses the INOVA® mark in connection with a full line of flashlights. Emissive began using the INOVA® mark in commerce on July 31, 2000, and has used it continuously since then.

It has come to Emissive's attention that Walgreen Company and/or one or more of its subsidiaries ("Walgreens") has sold, is selling and/or is offering to sell an LED flashlight set bearing the label "INNOVAGE ™" throughout its chain of retail stores. The sale by Walgreens of flashlights bearing the INNOVAGE mark suggests that it is attempting to trade off the goodwill that Emissive has developed in the INOVA® mark. Walgreens' sale of INNOVAGE flashlights is likely to cause consumers to believe, falsely, that INNOVAGE branded products and services are authorized, sponsored or approved by Emissive. As such, the sale by Walgreens of INNOVAGE flashlights constitutes trademark infringement and unfair competition in violation of Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1051 et seq., as well as state statutory and common law.

We have written to the purported manufacturer of the INNOVAGE flashlight, Innovage, Inc. ("Innovage"), requesting, among other things, that it immediately cease and desist all current and planned use of INNOVAGE in connection with flashlights. We have not received a response from Innovage.

We are contacting you in an attempt to resolve this matter quickly and amicably. Accordingly, please provide us with your prompt written assurance (by return facsimile) that Walgreens will immediately:

1. cease and desist your marketing and sales of products designated "INNOVAGE" or any other mark similar to the INOVA® trademark;
2. identify (by name, address, telephone, and facsimile numbers) all suppliers of the infringing products and advertising materials;
3. cease and desist from using the "INNOVAGE" trademark in any advertising;
4. state the number of units of each type of product containing and/or bearing and/or advertised or promoted for sale by reference to the designation "INNOVAGE" which remain in your custody and control;
5. state the number of units of each type of product containing and/or bearing and/or advertised or promoted for sale by reference to the designation "INNOVAGE" sold by you to date;
6. state your gross revenues on all units sold to date containing and/or bearing and/or advertised or promoted for sale by reference to the designation "INNOVAGE";
7. deliver up for destruction all products, advertising or promotional materials which contain and/or bear the designation "INNOVAGE"; and
8. desist from any other unauthorized uses of the INOVA® trademark or variations thereon.

Our client has spent considerable sums of money and effort developing its valuable trademark rights and is committed to diligently protecting and enforcing those rights to the fullest extent of the law. Accordingly, if we do not receive your written response as denoted above, our client will take whatever further actions are necessary to protect its interests.

Nothing herein is intended by us, nor should it be construed by you as a waiver or relinquishment of any rights or remedies which our client may have in this matter, and all such rights and remedies are hereby specifically reserved.

I look forward to hearing from you.

Very truly yours,

Craig M. Scott

cc: Emissive Energy Corp

[illegible]