**STOLL, MISKIN, & BADIE**
ATTORNEYS AND COUNSELORS AT LAW
THE EMPIRE STATE BUILDING
SUITE 4710
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

HOWARD C. MISKIN
JAMES W. BADIE
ROBERT S. STOLL
GLORIA TSUI-YIP

SAMUEL J. STOLL (1947-2001)
DORIS S. HOFFMAN (1970-1997)

WENDI E. OPPER

OF COUNSEL
DAVID M. McCONOUGHEY
JOHN P. McMAHON

PATENT, TRADEMARK, COPYRIGHT,
INTELLECTUAL PROPERTY
UNFAIR COMPETITION

TELEPHONE: 212-268-0900
FAX: 212-268-0904
212-564-5131
e-mail: howard@smbtlaw.com
gloria@smbtlaw.com

July 21, 2006

**BY FAX (401) 455 0701**
Craig M. Scott, Esq.
Duffy, Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Re: Innovage – Charge of Infringement by Emissive Energy Corp. Trademark "INOVA"

Dear Mr. Scott,

This office represents Innovage in Intellectual Property matters. Your earlier letter to it and your more recent letter to Walgreens has been forwarded to me for review and response.

Firstly let me state that Innovage does not knowingly infringe anyone's trademark, copyright or patent, as it would not want them to infringe it's Intellectual Property.

It is our opinion based on the difference in appearance, sound, looks and the common usage in the trade of "INOVA" and "INOVO" as prefix's alone and in combination with other words, as trademarks, that there is no likelihood of confusion or mistake in the trade, and hence no infringement.

The term Innovage is unique. The prefixs' "INOVA" and "INOVO" are a common prefix, forming many trademarks and words alone and in combination. This prefix has been used on a wide variety of products such as liquid crystal telephones, cameras, VCR's, vacuum machines, sterilization machines and the light furniture, semi-conductors paint laminates for use in a variety of products in the home and office and outdoor activities, computer software and computer hardware and components and spectro-meters as well as many others. These are just those marks filed in the United States Trademark Office. There are many more common law marks.

Innovage uses it's mark on flashlights in small letters and inconspicuously, contrary to your assertion that Innovage is attempting to trade-off your client's goodwill in the INOVA mark. If that were true, it would use Innovage in large letters.

Innovage would like to resolve this matter amicably, if at all possible. It does not consider Innovage and INOVA confusingly similar, in view of the wide usage of INOVA in the trade for a variety of products. Also, the manner of use by Innovage of it's mark and name on or in connection with flashlights shows there was no attempt to palm off it's goods as yours clients or trade on it's reputation.

I would like your comments on this in an attempt to resolve this matter amicably.

Very truly yours,

Howard C. Miskin /cq

Howard C. Miskin

Cc: Innovage