Case 1:06-cv-00401-S-LDA Document 7 Filed 12/08/2006 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,
Plaintiff,

v. C.A. No. 2006-401-S

INNOVAGE, INC. and WALGREEN CO.,
Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants hereby move that Gloria Tsui-Yip, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Defendants,

By: Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: December 8, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s): Southern, Eastern and Western Districts of New York and the Federal Circuit Court of Appeal, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months:

None.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

Case 1:06-cv-00401-S-LDA Document 7 Filed 12/08/2006 Page 2 of 2

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Gloria Tsui-Yip, Esquire
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue
Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904
gloria@smbtlaw.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: December 8, 2006

---

**ORDER**

This motion is hereby : Granted .

U.S. District Judge

Date: 1/3/07