# EXHIBIT B

Walgreens

LAW DEPARTMENT

RECEIVED
JUL 06 2006
By________

***<u>VIA FEDERAL EXPRESS</u>***

June 30, 2006

Craig M. Scott, Esq.
Duffy, Sweeney & Scott, Ltd.
Suite 1200
One Turks Head Place
Providence, RI 02110

RE: *Emissive Energy Corporation (Innovage ™)*

Dear Mr. Scott:

Thank you for your letter of June 23, 2006 addressed to Ms. Dana Green of Walgreen Co. Your correspondence has been given to me and I will be investigating your claim. Please be assured I will respond promptly to you upon completion of my investigation.

In the meantime, if you need to speak to someone directly concerning this matter, please feel free to contact me at the number listed below.

Very truly yours,

WALGREEN CO.

Francis C. Kowalik

Francis C. Kowalik
Senior Attorney
Intellectual Property

FK:kg

cc: Dana I. Green
Terry Keenan-Kloepfer

WALGREEN CO. LAW DEPARTMENT, 104 WILMOT RD., 2ND FLOOR, MS 1425 DEERFIELD, ILLINOIS 60015
DIRECT PHONE (847) 315-4640 FAX (847) 315-4826
E-MAIL: francis.kowalik@walgreens.com