# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a/ GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | C.A. NO. 06-401S |

**AFFIDAVIT OF ROBERT GALLI**

I, Robert Galli, declare as follows:

1. I am the co-founder and Chief Executive Officer of Plaintiff, Emissive Energy Corporation ("Emissive"). I have personal knowledge of the matters contained in this affidavit, and if called to testify as a witness, could and would competently testify thereto.

2. Emissive is a privately-owned company headquartered in North Kingstown, Rhode Island. It has thirty-eight full-time employees.

3. Emissive's books and records, including documents and information regarding its trademarks, sales figures and other financial information related to it damage claims in this case, are located in Rhode Island.

4. The witnesses Emissive expects to call in this matter live and work in Rhode Island. At present, Emissive's witnesses likely will be: Jean Wolfe, Alan Jacobs, Peter Leon, and me. The scope of my testimony may include the selection, adoption and use of the INOVA® trademark, its use in connection with lighting products, the marketing and promotion of

INOVA®-branded products, the markets into which they are sold, the fame and distinctiveness the INOVA® brand has achieved since its introduction, the goodwill of the brand in the marketplace and the affect on that goodwill resulting from Innovage's sale of inferior products in conjunction with a confusingly similar trademark. Mr. Jacobs is Emissive's Chief Financial Officer. The scope of his expected testimony pertains to the damages suffered by Emissive. Mr. Leon is Emissive's EVP Sales and Marketing. He is expected to testify as to Emissive's customers and prospective customers and the channels of trade through which Emissive sells its INOVA®-branded products. Jean Wolfe is the president of Emissive. She may testify as to Emissive's investment in its INOVA®-branded products, including trade shows and Internet advertising, and Emissive's sales to big box retailers. Mssrs. Jacobs and Leon, Ms. Wolfe and I all live in Rhode Island and work at Emissive's headquarters in North Kingstown, Rhode Island. In addition to these Emissive employees who may testify, as the genesis of this dispute is the sale of Innovage-branded products at a Walgreens store just a few miles from Emissive's headquarters, we expect that one or more employees of Walgreens-Rhode Island may be called to testify;

5. After forwarding the May 24, 2006, cease and desist letter to Innovage, Inc. and filing this action, Emissive learned that Overstock.com, Inc., Harrison Brothers, Inc. d/b/a Good Buy Guys, Denrig, Inc., Mary Sedivy d/b/a Aspen Country Store, Merchandise For You, Northern Mountain Supply, Philip Franken d/b/a Auctionatic Store, and MerchSafari, LLC are selling infringing products denominated with the Accused Mark, including additional products not addressed in Emissive's May 24, 2006 cease and desist letter or disclosed by Innovage in any correspondence. Emissive filed a First Amended Complaint to add these individuals and entities as defendants and to address the additional infringing products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 22nd day of January, 2007, in North Kingstown, Rhode Island.

ROBERT GALLI