AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EMISSIVE ENERGY CORPORATION

V.

INNOVAGE, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-401S

TO: (Name and address of Defendant)

Agent for Harrison Bros., Inc. d/b/a Good Buy Guys
Jeffry Thomas Harrison
47 North Chatham Parkway
Chapel Hill NC 27517

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Byron L. McMasters, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

January 3, 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] | DATE

NAME OF SE

Check o

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2 and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent for Harrison Bros., Inc.
d/b/a Good Buy Guys
Jeffry Thomas Harrison
47 North Chatham Parkway
Chapel Hill NC 27517

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jeffry Harrison
C. Date of Delivery: 1/8/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

TRAVEL

2. Article Number (Transfer from service label): 7003 2260 0006 8574 5425

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date Signature of Server

______________________________
Address of Server

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2007 JAN 19 A 10:42

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED