UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,
Plaintiff,

v. C.A. No. 2006-401-S

INNOVAGE, INC., et al.
Defendants.

**DEFENDANT OVERSTOCK.COM, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant OVERSTOCK.COM, INC. ("Overstock"), by its undersigned Local Counsel, hereby moves for an enlargement of time, to and including February 26, 2007, to answer, move, or otherwise respond to plaintiff's First Amended Complaint.

Overstock received a summons and copy of the First Amended Complaint by certified mail on January 8, 2007 and its response may be due today. Overstock needs the additional time requested herein to prepare its response. Overstock is a Delaware corporation with its offices in Salt Lake City, Utah. Among other issues, Overstock needs to evaluate whether it is subject to personal jurisdiction in this forum and, if so, whether this is the proper venue for this case.

Defendant,
OVERSTOCK.COM, INC.,
By Its Attorneys,

/s/ Michael H. Feldhuhn

By: Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

Howard C. Miskin, Esquire
Gloria Tsui-Yip, Esquire
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904
PROC HAC VICE COUNSEL

**CERTIFICATION**

I hereby certify that on this 29th day of January, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn
__________________________
Michael H. Feldhuhn (#3344)