UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORP. | : | |
| | : | |
| v. | : | C.A. No. 06-401S |
| | : | |
| INNOVAGE, INC., et. al. | : | |

**ORDER**

Pending before the Court is the Motion to Transfer or Stay (Document No. 11) filed by Defendants Innovage, Inc. ("Innovage") and Walgreen Co. ("Walgreen"). On January 31, 2007, the United States District Court for the Central District of California issued a Decision and Order in Innovage v. Emissive Energy Corp., 06-4516, a related lawsuit, which denied Emissive's Motion to Dismiss that case, without prejudice to Innovage's reassertion of its claims in the present action. Following receipt of that decision, Innovage and Walgreen notified this Court that they were withdrawing the Motion to Transfer or Stay. Accordingly, the Motion to Stay or Transfer (Document No. 11) is DENIED as moot. Additionally, Innovage and Walgreen are GRANTED, until March 9, 2007, to answer or otherwise respond to Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12.

So ordered.

ENTER: BY ORDER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 16, 2007

/s/ Jeannine Noel
Deputy Clerk