**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | Civil Action No.: 06-CV-401-S (LDA) |

**DEFENDANT OVERSTOCK.COM, INC.'S ANSWER**

Defendant, Overstock.com, Inc. ("Overstock" or "Defendant") as for its answer to Plaintiff Emissive Energy Corporation's ("Emissive" or "Plaintiff") First Amended Complaint alleges as follows:

1. Answering each of ¶¶ 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 35, 36, 37, 38, and 40 of the First Amended Complaint, Overstock is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

2. Answering each of ¶¶ 4 and 12 of the First Amended Complaint, Overstock admits the allegations contained therein.

3. Answering ¶ 15 of the First Amended Complaint, Overstock admits that it offers products for sale on its interactive internet website, including those bearing the Accused Mark,

that is accessible by customers in this judicial district, is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Harrison, Denrig and MerchSafari, and denies the remaining allegations contained therein.

4. Answering ¶ 25 of the First Amended Complaint, Overstock admits that Exhibit A appears to be a copy of U.S. Trademark Registration No. 2,575,157 and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

5. Answering ¶ 29 of the First Amended Complaint, Overstock admits that Innovage sells goods to Overstock, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

6. Answering each of ¶¶ 34, 39, 51, 57, and 67 of the First Amended Complaint, Overstock denies the allegations contained therein.

7. Answering each of ¶¶ 41 and 42 of the First Amended Complaint, Overstock admits that it has sold and/or is selling and/or offering to sell on its website lighting products bearing the Accused Mark and that consumers residing in Rhode Island can order and send payment for lighting products bearing the Accused Mark via an automated, interactive form on Overstock's website, is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to the remaining Internet Defendants contained therein.

8. Answering each of ¶¶ 43, 44 and 45 of the First Amended Complaint, Overstock denies the allegations with respect to Overstock, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Internet Defendants contained within said paragraph.

9. Answering ¶ 46 of the First Amended Complaint, Overstock incorporates by reference its answers to each of the paragraphs 1 through 45, as if fully set forth herein.

10. Answering each of ¶¶ 47, 48, 49, 50, 53, 54, 55, 56, 59, 60, 61, 62, 63, 64, 65 and 66 of the First Amended Complaint, Overstock denies the allegations with respect to Overstock, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

11. Answering ¶ 52 of the First Amended Complaint, Overstock incorporates by reference its answers to each of the paragraphs 1 through 51, as if fully set forth herein.

12. Answering ¶ 58 of the First Amended Complaint, Overstock incorporates by reference its answers to each of the paragraphs 1 through 57, as if fully set forth herein.

13. Defendant denies each and every allegation contained in the First Amended Complaint not specifically admitted herein.

14. Defendant denies that Plaintiff is entitled to any of the relief sought in the First Amended Complaint including injunctive relief, damages or attorneys fees.

## FIRST AFFIRMATIVE DEFENSE

15. Plaintiff's First Amended Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

16. Plaintiff's First Amended Complaint must be dismissed for lack of personal jurisdiction over Overstock.

## THIRD AFFIRMATIVE DEFENSE

17. Overstock has not been properly served with process.

**FOURTH AFFIRMATIVE DEFENSE**

18. Overstock is not a proper party in this action.

**FIFTH AFFIRMATIVE DEFENSE**

19. Plaintiff's First Amended Complaint must be dismissed for improper venue.

**SIXTH AFFIRMATIVE DEFENSE**

20. The trademark INNOVAGE does not infringe upon Plaintiff's INOVA mark.

**SEVENTH AFFIRMATIVE DEFENSE**

21. Plaintiff's INOVA mark is a weak mark.

**EIGHTH AFFIRMATIVE DEFENSE**

22. Plaintiff's INOVA mark is not capable of trademark protection under the laws of the United States and/or the common law.

**NINTH AFFIRMATIVE DEFENSE**

23. Defendant did not unfairly compete with Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

24. Plaintiff's INOVA mark is not inherently distinctive.

**ELEVENTH AFFIRMATIVE DEFENSE**

25. Plaintiff's INOVA mark does not immediately identify the source of the product as Plaintiff.

**TWELVE AFFIRMATIVE DEFENSE**

26. The First Amended Complaint is barred by the doctrine of laches.

**THIRTEENTH AFFIRMATIVE DEFENSE**

27. The First Amended Complaint is barred by the doctrines of estoppel and waiver.

WHEREFORE, Overstock prays for judgment against Plaintiff as follows:

A. That the First Amended Complaint be dismissed in its entirety with prejudice.

B. Awarding attorney fees and costs.

C. For such other relief as this court shall deem just and equitable.

Dated: February 23, 2007

Defendant,
OVERSTOCK.COM, INC.
By Its Attorneys,

/s/ Michael H. Feldhuhn

_______________________________
Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

Howard C. Miskin, pro hac vice
Gloria Tsui-Yip, pro hac vice
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904

**CERTIFICATION**

I hereby certify that on this 23rd day of February, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn