**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, Plaintiff, v. INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC, Defendants. | : | Civil Action No.: 06-CV-401-S (LDA) |

**DEFENDANT WALGREEN'S ANSWER**

Defendant, Walgreen Co. ("Walgreen" or "Defendant") as for its answer to Plaintiff Emissive Energy Corporation's ("Emissive" or "Plaintiff") First Amended Complaint alleges as follows:

1. Answering each of ¶¶ 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 35, 41, 42, 43 and 45 of the First Amended Complaint, Walgreen is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

2. Answering each of ¶¶ 3, and 12 of the First Amended Complaint, Walgreen admits the allegations contained therein.

3. Answering ¶ 14 of the First Amended Complaint, Walgreen admits that it operates numerous retail stores and sells and/or offers for sale products bearing the Accused Mark in this jurisdiction, and denies the remaining allegations contained therein.

4. Answering ¶ 25 of the First Amended Complaint, Walgreen admits that Exhibit A appears to be a copy of U.S. Trademark Registration No. 2,575,157 and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

5. Answering ¶ 29 of the First Amended Complaint, Walgreen admits that Innovage supplies its goods to Walgreen, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

6. Answering each of ¶¶ 34, 38, 39, 40, 44, 51, 57 and 67 of the First Amended Complaint, Walgreen denies the allegations contained therein.

7. Answering ¶ 36 of the First Amended Complaint, Walgreen admits that it has sold and/or is selling and/or offering to sell an LED flashlight set bearing the Accused Mark, and denies the remaining allegations contained therein.

8. Answering ¶ 37 of the First Amended Complaint, Walgreen admits receiving a letter from Plaintiff dated June 23, 2006, demanding that Walgreen immediately cease and desist its sale of flashlights bearing the Accused Mark and that it continues its sale of flashlights bearing the Accused Mark, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

9. Answering ¶ 46 of the First Amended Complaint, Walgreen incorporates by reference its answers to each of the paragraphs 1 through 45, as if fully set forth herein.

10. Answering each of ¶¶ 47, 48, 49, 50, 53, 54, 55, 56, 59, 60, 61, 62, 63, 64, 65 and 66 of the First Amended Complaint, Walgreen denies the allegations with respect to Walgreen, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

11. Answering ¶ 52 of the First Amended Complaint, Walgreen incorporates by reference its answers to each of the paragraphs 1 through 51, as if fully set forth herein.

12. Answering ¶ 58 of the First Amended Complaint, Walgreen incorporates by reference its answers to each of the paragraphs 1 through 57, as if fully set forth herein.

13. Defendant denies each and every allegation contained in the First Amended Complaint not specifically admitted herein.

14. Defendant denies that Plaintiff is entitled to any of the relief sought in the First Amended Complaint including injunctive relief, damages or attorneys fees.

**FIRST AFFIRMATIVE DEFENSE**

15. Plaintiff's First Amended Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

16. Plaintiff's First Amended Complaint must be dismissed for lack of personal jurisdiction over Walgreen.

**THIRD AFFIRMATIVE DEFENSE**

17. Walgreen has not been properly served with process.

**FOURTH AFFIRMATIVE DEFENSE**

18. Walgreen is not a proper party in this action.

**FIFTH AFFIRMATIVE DEFENSE**

19. Plaintiff's First Amended Complaint must be dismissed for improper venue.

**SIXTH AFFIRMATIVE DEFENSE**

20. The trademark INNOVAGE does not infringe upon Plaintiff's INOVA mark.

**SEVENTH AFFIRMATIVE DEFENSE**

21. Plaintiff's INOVA mark is a weak mark.

**EIGHTH AFFIRMATIVE DEFENSE**

22. Plaintiff's INOVA mark is not capable of trademark protection under the laws of the United States and/or the common law.

**NINTH AFFIRMATIVE DEFENSE**

23. Defendant did not unfairly compete with Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

24. Plaintiff's INOVA mark is not inherently distinctive.

**ELEVENTH AFFIRMATIVE DEFENSE**

25. Plaintiff's INOVA mark does not immediately identify the source of the product as Plaintiff.

**TWELVE AFFIRMATIVE DEFENSE**

26. The First Amended Complaint is barred by the doctrine of laches.

**THIRTEENTH AFFIRMATIVE DEFENSE**

27. The First Amended Complaint is barred by the doctrines of estoppel and waiver.

WHEREFORE, Walgreen prays for judgment against Plaintiff as follows:

A. That the First Amended Complaint be dismissed in its entirety with prejudice.

B. Awarding attorney fees and costs.

C. For such other relief as this court shall deem just and equitable.

Dated: March 8, 2007

Defendant,
WALGREEN CO.
By Its Attorneys,

/s/ Michael H. Feldhuhn

______________________________
Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

Howard C. Miskin, pro hac vice
Gloria Tsui-Yip, pro hac vice
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904

**CERTIFICATION**

I hereby certify that on this 8th day of March, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott (#4237)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn