**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | Civil Action No.: 06-CV-401-S (LDA) |

**<u>DECLARATION OF HERMAN BOWMAN</u>**

I, HERMAN BOWMAN, declare as follows:

1. I am the owner of MerchSafari, LLC ("MerchSafari"), an Illinois Limited Liability Company, with its principal and only place of business at 2531 E. Devon Ave, Elkgrove Village, IL 60007. I have personal knowledge of the matters contained in this Declaration and if called to testify as a witness, could and would competently testify for the facts stated below.

2. MerchSafari is a small company, with essentially one employee, me.

3. MerchSafari's only source of sales is through its website www.merchsafari.com.

4. MerchSafari does not have any offices, employees, representatives, agents or affiliates in Rhode Island.

5. MerchSafari has not sold nor shipped any merchandise, including those bearing the INNOVAGE trademark, to Rhode Island.

6. MerchSafari is not authorized or registered to conduct business in Rhode Island.

7. MerchSafari does not maintain any telephone number or bank account in Rhode Island.

8. MerchSafari does not have any property or assets in Rhode Island.

9. Although MerchSafari's website is accessible through the worldwide web, and available to Rhode Island residents, MerchSafari does not and has never targeted Rhode Island residents.

10. MerchSafari does not have any unique connection to Rhode Island.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and accurate.

Dated: March 9, 2007

Chicago, Illinois

Herman Bowman