UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a/ GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | C.A. NO. 06-401S |

**ANSWER TO COUNTERCLAIM**

Plaintiff, Emissive Energy Corporation ("Emissive"), hereby answers Defendant Innovage, Inc.'s ("Innovage") Counterclaim as follows:

**INTRODUCTION**

29. Emissive only admits that Innovage imports, sells and distributes products using the name "Innovage" but denies the remaining allegations of paragraph 29.

30. Admitted.

31. Denied.

**JURISDICTION AND VENUE**

32. Emissive only admits this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) but denies the remaining allegations of paragraph 32.

33. Admitted.

34. Paragraph 34 states legal conclusions to which no response is required. To the extent a response is required, the averments of paragraph 34 are denied.

**THE PARTIES**

35. Admitted.

36. Admitted.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

37. Emissive lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and therefore denies same.

38. Admitted that Innovage has filed trademark registrations with the U.S. Patent and Trademark Office under applications Serial Nos. 78/596,827 and 78/596,801. Emissive lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 38 and therefore denies same.

39. Admitted that Emissive sent a letter to Innovage dated May 24, 2006, which speaks for itself. To the extent the allegations of paragraph 39 differ from the content of said letter, they are denied.

40. Admitted that Emissive sent a letter to defendant Walgreen Co. d/b/a Walgreens ("Walgreens") dated June 23, 2006, which speaks for itself. To the extent the allegations of paragraph 40 differ from the content of said letter, they are denied. Emissive further admits that it filed this action against the named defendants. The remaining allegations contained in paragraph 40 are denied.

**COUNT I**

**DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

41. Emissive restates and re-alleges its responses to paragraphs 29 through 40 as if fully set forth herein.

42. Admitted that Innovage asserts a claim for declaratory relief. Emissive denies that Innovage is entitled to a declaration that it did not and does not infringe Emissive's INOVA® trademark. The remaining allegations contained in paragraph 42 are denied.

43. Admitted that Innovage denies that its products infringe Emissive's INOVA® trademark. Emissive denies that Innovage's products do not infringe Emissive's INOVA® trademark. The remaining allegations contained in paragraph 43 are denied.

44. Denied.

45. Admitted that Innovage seeks a declaration of non-infringement. Emissive denies that Innovage is entitled to such declaration. The remaining allegations contained in paragraph 45 are denied.

**COUNT II**

**DECLARATORY JUDGMENT OF TRADEMARK INVALIDITY**

46. Emissive restates and re-alleges its responses to paragraphs 29 through 45 as if fully set forth herein.

47. Denied.

48. Denied.

## COUNT III

## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS

49. Emissive restates and re-alleges its responses to paragraphs 29 through 48 as if fully set forth herein.

50. Admitted that Emissive sent a letter to defendant Walgreens dated June 23, 2006, which speaks for itself. To the extent the allegations of paragraph 50 differ from the content of said letter, they are denied.

51. Denied.

52. Denied.

53. Denied.

Plaintiff, Emissive Energy Corporation, denies that Defendant, Innovage, Inc., is entitled to the relief sought in the Wherefore clause following Paragraph 53 of its Counterclaim.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

The Counterclaim and each purported claim for relief therein fail to state claims for which relief may be granted.

### SECOND DEFENSE

Emissive's act of sending cease and desist letters constitutes a good faith assertion of valid trademark rights.

### THIRD DEFENSE

Emissive's INOVA® trademark registration is valid and subsisting.

**FOURTH DEFENSE**

Innovage has suffered no damage as a result of any conduct of Emissive.

**FIFTH DEFENSE**

Innovage's claims are barred by the doctrine of estoppel and unclean hands.

**SIXTH DEFENSE**

Innovage is not statutorily, contractually or otherwise entitled to recoup costs and attorney's fees from Emissive in this action.

Respectfully submitted,

EMISSIVE ENERGY CORPORATION
By its attorneys,

/s/ Craig M. Scott

Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: March 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Plaintiff's Answer to Counterclaim* was filed through the ECF system on the 29th day of March, 2007, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

***Via Electronic Filing***
Michael H. Feldhuhn, Esq.
56 Pine Street, Suite 200
Providence, RI 02903

Howard Charles Miskin
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118

Gloria Tsui-Yip, Esq.
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

Thomas C. Chase, P.A.
1404 Dean Street, Suite 200
P.O. Box 1508
Fort Myers, FL 33902

Harrison Bros. Inc. d/b/a
Good Buy Guys
c/o William Regan Burton
132 Willow Way
Chapel Hill, NC 27516-9305

Mary Sedivy d/b/a
Aspen Country Store.com
4267 E. Easter Place
Centennial, CO 80122

Merchandise for You
100 Plum
Healdton, OK 73438

Northern Mountain Supply
c/o Mark Caristrom
125 West Fifth Street
Eureka, CA 95501

Philip Franken d/b/a
Auctionatic Store
Online Corp.
335 Bismark Road
Jackson NJ

/s/ Craig M. Scott

H:\Clients\Emissive Energy\Innovage - RI\Pleadings\Answer to Counterclaim.doc