# EXHIBIT A

MERCHSAFARI

THE HUNT FOR GREAT MERCHANDISE IS OVER

Home Services Contact Us Log On

- Bags
- Books/Photo Albums
- Calculators
- Electronics & Time Pieces
- Flashlights & Lanterns
- Gifts
- Health and Beauty
- Home Essentials
- Housewares
- Tools
- Toys
- Utensils

by product name:

by product number:

# CONTACT US

Welcome to MerchSafari.com, one of the nations largest direct importers of general merchandise and premiums.

Our mission is to become the leading provider in our industry. We have available the largest inventory in our line to keep up with our customers growing demand at the lowest wholesale price guaranteed. So take your time and browse our catalog then give us a call. We would like to make your goal our goal.

Let us know how we can help with your special marketing promotions and premiums.

YOUR DIRECT SOURCE TO OVERSEAS MANUFACTURERS.

We will guarantee the lowest prices on any of our products on domestic or international business.

We do not sell to the general public

| | |
|---|---|
| Telephone | 630-595-1102 |
| FAX | 630-595-1121 |
| Postal Address | 140 E. Commercial Street, Wood Dale, IL US. 60191 |
| E-mail | General Information/Sales: info@merchsafari.com |
| | Webmaster: admin@merchsafari.com |

# Information Request Form

Let us know how to contact you.

- ☐ Send service literature
- ☐ Send company literature
- ☐ Have a salesperson contact me

Name

Title

Company

Address

E-mail

Phone

Submit Clear Form

© 2007 MerchSafari.com. All Rights Reserved