UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE INC., WALGREEN CO., OVERSTOCK.CCM,INC., HARRISON BROS,INC. d/b/a GOOD BUY GUYS, DENRIG,INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI,LLC,<br><br>Defendants. | : | C.A.No. 06-401 S |

ORDER

The Report and Recommendation of United States Magistrate Judge Almond dated May 7, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). As such, Plaintiff Emissive Energy Corporation's Motion to Conduct Jurisdictional Discovery is denied, and Defendant Merchsafari, LLC's ("Merchsafari") Motion to Dismiss for Lack of Jurisdiction is granted.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 10/2/07