**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | Civil Action No.: 06-CV-401-S (LDA) |

**DEFENDANT PHILIP FRANKEN'S ANSWER**

Defendant, Philip Franken ("Franken" or "Defendant"), answers Plaintiff Emissive Energy Corporation's ("Emissive" or "Plaintiff") First Amended Complaint as follows:

1. Answering each of ¶¶ 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 35, 36, 37, 38, and 40 of the First Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies them.

2. Answering ¶ 10 of the First Amended Complaint, Franken admits that he is an individual with a business address of 335 Bismark Road, Jackson, New Jersey and www.auctionaticstore.com is an internet retailer, and denies the remaining allegations therein.

3. Answering ¶ 12 of the First Amended Complaint, Franken admits the allegations contained therein, limited to subject matter jurisdiction.

4. Answering ¶ 16 of the First Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein regarding Sedivy, Merchandise and Northern, and denies the remaining allegations contained therein.

5. Answering ¶ 25 of the First Amended Complaint, Franken admits that Exhibit A appears to be a copy of U.S. Trademark Registration No. 2,575,157 and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

6. Answering ¶ 29 of the First Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations therein regarding Innovage, Walgreen, Overstock, Harrison Brothers, Inc., Denrig, Sedivy, Merchandise for You, Northern Mountain Supply and Merchsafari. Franken denies the remaining allegations contained therein.

7. Answering each of ¶¶ 34, 39, 51, 57, and 67 of the First Amended Complaint, Franken denies the allegations contained therein.

8. Answering each of ¶¶ 41, 42, 43, 44 and 45 of the First Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to the remaining Internet Defendants contained therein.

9. Answering ¶ 46 of the First Amended Complaint, Franken incorporates by reference his answers to each of the paragraphs 1 through 45, as if fully set forth herein.

10. Answering each of ¶¶ 47, 48, 49, 50, 53, 54, 55, 56, 59, 60, 61, 62, 63, 64, 65 and 66 of the First Amended Complaint, Franken denies the allegations with respect to Franken, and

is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraphs.

11. Answering ¶ 52 of the First Amended Complaint, Franken incorporates by reference his answers to each of the paragraphs 1 through 51, as if fully set forth herein.

12. Answering ¶ 58 of the First Amended Complaint, Franken incorporates by reference his answers to each of the paragraphs 1 through 57, as if fully set forth herein.

13. Defendant denies each and every allegation contained in the First Amended Complaint not specifically admitted herein.

14. Defendant denies that Plaintiff is entitled to any of the relief sought in the First Amended Complaint including injunctive relief, damages or attorneys fees.

**FIRST AFFIRMATIVE DEFENSE**

15. Franken is not a proper party in this action.

**SECOND AFFIRMATIVE DEFENSE**

16. Plaintiff's First Amended Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

.

**THIRD AFFIRMATIVE DEFENSE**

17. Plaintiff's First Amended Complaint must be dismissed for lack of personal jurisdiction over Franken.

**FOURTH AFFIRMATIVE DEFENSE**

18. Franken has not been properly served with process.

**FIFTH AFFIRMATIVE DEFENSE**

19. Plaintiff's First Amended Complaint must be dismissed for improper venue.

**SIXTH AFFIRMATIVE DEFENSE**

20. The trademark INNOVAGE does not infringe upon Plaintiff's INOVA mark.

**SEVENTH AFFIRMATIVE DEFENSE**

21. Plaintiff's INOVA mark is a weak mark.

**EIGHTH AFFIRMATIVE DEFENSE**

22. Plaintiff's INOVA mark is not capable of trademark protection under the laws of the United States and/or the common law.

**NINTH AFFIRMATIVE DEFENSE**

23. Franken did not unfairly compete with Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

24. Plaintiff's INOVA mark is not inherently distinctive.

**ELEVENTH AFFIRMATIVE DEFENSE**

25. Plaintiff's INOVA mark does not immediately identify the source of the product as Plaintiff.

**TWELVE AFFIRMATIVE DEFENSE**

26. The First Amended Complaint is barred by the doctrine of laches.

**THIRTEENTH AFFIRMATIVE DEFENSE**

27. The First Amended Complaint is barred by the doctrines of estoppel and waiver.

WHEREFORE, Philip Franken prays for judgment against Plaintiff as follows:

A. That the First Amended Complaint be dismissed in its entirety with prejudice.

B. Awarding attorney fees and costs.

C. For such other relief as this court shall deem just and equitable.

Dated: October 24, 2007

Defendant,
PHILIP FRANKEN,
By His Attorneys,

/s/ Michael H. Feldhuhn

________________________________

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

Howard C. Miskin, pro hac vice
Gloria Tsui-Yip, pro hac vice
STOLL, MISKIN & BADIE
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118
Tel. (212) 268-0900
FAX (212) 268-0904

## CERTIFICATION

I hereby certify that on this 24th day of October, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Craig M. Scott, Esquire
Byron L. McMasters, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn