UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 06-401S |
| vs. | : | |
| | : | |
| INNOVAGE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RULE 16 PRETRIAL CONFERENCE STATEMENT**

Pursuant to LR Cv 16(c) and this Court's March 7, 2008 Notice scheduling a pretrial Conference, Plaintiff, Emissive Energy Corporation ("Emissive") submits this Pretrial Conference Statement. The pretrial conference is scheduled for May 8, 2008.

## A. FACTS

Emissive designs, develops, manufactures, markets and sells high-quality INOVA® brand LED lighting equipment. The INOVA® trademark is federally-registered (USPTO Reg. No. 2575157, granted June 4, 2002, reflecting first-use in commerce on July 31, 2000), and encompasses several handheld flashlights, including the X5®, the Microlight, the 24/7®, the X1®, the XO™, and the XO3™. In addition to producing outstanding lighting products, Emissive provides industry-leading customer service by offering, *inter alia*, a lifetime limited warranty on its product line.

In or about May of 2006, Emissive learned that Innovage, Inc. ("Innovage") is manufacturing, marketing and selling, through Walgreen's retail stores and elsewhere, an LED flashlight set bearing the INNOVAGE label (the "Accused Mark"). Emissive also learned that Innovage has filed applications with the USPTO to register the Accused Mark in connection with a wide variety of products, including flashlights. On May 24,

2006, Emissive sent a letter to Innovage demanding that Innovage immediately cease and desist its use of the Accused Mark in connection with flashlights and file an express abandonment of its trademark applications. When this letter went unanswered, on June 23, 2006, Emissive sent a letter to Walgreen Co. d/b/a Walgreens ("Walgreen") demanding that it immediately cease and desist its sale of flashlights bearing the Accused Mark. Both Innovage and Walgreen continue their use of the Accused Mark in connection with flashlights.

Additionally, in or about September of 2006, Emissive learned that lighting products bearing the Accused Mark are being sold and/or offered for sale at several Internet web sites, including, without limitation, the interactive web sites owned and operated by Defendants Overstock.com, Inc. ("Overstock"), Harrison Brothers, Inc. d/b/a Good Buy Guys ("Harrison"), Denrig, Inc. ("Denrig"), Mary Sedivy d/b/a Aspen Country Store ("Sedivy"), Merchandise For You ("Merchandise"), Northern Mountain Supply ("Northern"), Philip Franken d/b/a Auctionatic Store ("Franken"), and MerchSafari, LLC ("MerchSafari"). Defendants Harrison, Denrig, Northern and MerchSafari have been terminated from this action.

**B. <u>EMISSIVE'S CLAIMS</u>**

**1. <u>Federal Trademark Infringement</u>**

To prove federal trademark infringement in violation of 15 U.S.C. § 1114, Emissive must show: (1) the use in commerce by Defendants; (2) without Emissive's consent; (3) of any reproduction, counterfeit, copy, or colorable imitation of Emissive's registered mark; (4) in connection with the sale, distribution or advertising of any goods or services; (5) which is likely to cause confusion, or to cause mistake, or to deceive. *See*

15 U.S.C. § 1114(a); *see also Beacon Mut. Ins. Co. v. OneBeacon Ins. Group*, 376 F.3d 8, 14 (1st Cir. 2004). Treble damages and attorneys' fees are available for intentional, willful and bad-faith violations. 15 U.S.C. § 1117.

**2. <u>Federal Unfair Competition and False Designation of Origin</u>**

To prove unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a), Emissive must show: (1) use in commerce by Defendants; (2) of any word, term, name, symbol, or device or combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact; (3) which: (a) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Emissive, or as to the origin, sponsorship, or approval of Defendants' products or other commercial activities by Emissive, or (b) in commercial advertisements or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of Defendants' or Emissive's goods, services, or commercial activities. *See* 15 U.S.C. § 1125(a); *see also Int'l Ass'n of Machinists and Aerospace Workers v. Winship Green Nursing Center*, 103 F.3d 196, 200 (1st Cir. 1996).

**3. <u>Common Law Unfair Competition</u>**

To prove common law unfair competition, Emissive must show: (1) the use of a device or means by Defendants; (2) that is likely to confuse and mislead the public generally; (3) to purchase the product or patronize the shop of Defendants when the actual intention was to purchase the product or patronize the shop of Emissive. *See Fund for Community Progress v. United Way*, 695 A.2d 517, 521-22 (R.I. 1997).

Respectfully submitted,

EMISSIVE ENERGY CORPORATION
By its attorneys,

/s/ Byron L. McMasters
Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (#5587)
Byron L. McMasters, Esq. (#7754)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: May 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Rule 16 Conference Statement* was filed through the ECF system on the 5th day of May, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

***Via Electronic Filing***
Michael H. Feldhuhn, Esq.
56 Pine Street, Suite 200
Providence, RI 02903

Howard Charles Miskin
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118

Gloria Tsui-Yip, Esq.
Stoll, Miskin & Badie
The Empire State Building
350 Fifth Avenue, Suite 4710
New York, NY 10118

and was served, via First Class Mail, to the party named below who is not a registered ECF participant:

Mary Sedivy d/b/a
Aspen Country Store.com
4267 E. Easter Place
Centennial, CO 80122

/s/ Byron L. McMasters

H:\Clients\Emissive Energy\Innovage - RI\Pleadings\Rule 16 Statement.doc