(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff(s)

v. Dkt. No. CA 06-401

INNOVAGE, INC., ET AL.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendants Innovage, Inc., now, Innovage LLC; Walgreen, Co.; Overstock.Com, Inc. & Philip Franken hereby moves that Craig McLaughlin be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael H. Feldhuhn
Print Name

Attorney at Law
Firm and Business Address
56 Pine Street, Suite 200
Providence, RI 02903

RI Bar ID # 3344

Email: mike@feldhuhn.com

Tel. # 401-331-6600

Fax # 401-274-2780

## ORDER

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date

**CERTIFICATION**

**I hereby certify that on this 3rd day of June, 2008, this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record:**

**Craig M. Scott, Esquire**
**Byron McMasters, Esquire**
**DUFFY, SWEENEY & SCOTT, LTD.**
**One Turks Head Place,**
**Suite 1200**
**Providence, RI 02903**

**Howard C. Miskin, Esquire**
**Gloria Tsui-Yip, Esquire**
**MISKIN & TSUI-YIP LLP**
**1350 Broadway**
**Suite 802**
**New York, NY 10018**
**Tel: (212) 268-0900**
**Fax: (212) 268-0904**

**/s/ Michael H. Feldhuhn**
**Michael H. Feldhuhn**