UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a/ GOOD BUY GUYS, SEDIVY, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, SEDIVY FOR YOU, SEDIVY MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | C.A. NO. 06-401S |

**CONSENT PERMANENT INJUNCTION**

This cause having come before the Court upon the pleadings, and Plaintiff, Emissive Energy Corporation ("Emissive"), and Defendant, Mary Sedivy d/b/a Aspen Country Store ("Sedivy"), having agreed upon the entry of this Consent Permanent Injunction, it is hereby:

**ORDERED ADJUDGED AND DECREED**:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties hereto.

2. In accordance with Fed. R. Civ. P. 65(d), Sedivy, and its principals, agents, servants, employees and all persons and entities in active concert or participation with it, are hereby permanently enjoined from using on or in connection with the advertising, promotion, offering for sale, sales or distribution of lighting products bearing the INNOVAGE mark (the

FILED
2008 JUN -2 A 11: 31

"Accused Mark") and any variations thereof that are confusingly similar to Plaintiff's INOVA® designation.

3. Without limiting the foregoing, Sedivy shall immediately remove any and all references to the Accused Mark, and any variations thereof, that are confusingly similar to Plaintiff's INOVA® mark from all web pages under its control, including, but not limited to, the Internet website, www.aspencountry.com.

4. Sedivy acknowledges that Emissive owns the INOVA® trademark and represents that it will not challenge or contest, either directly or indirectly, Emissive's INOVA® trademark.

5. In the event of a violation by Sedivy of this Order, Emissive shall be entitled to its reasonable attorney's fees and costs in seeking compliance with this Order in addition to any other remedy permitted under law.

6. The entry of this Consent Permanent Injunction shall constitute a disposition of all causes of action asserted by Emissive against Sedivy in this matter.

7. Jurisdiction is retained by this Court for the purpose of enabling Emissive or Sedivy to apply to this Court at any time for such orders or directions that may be necessary or appropriate for the interpretation or implementation hereof, the amendment or modification hereof, the enforcement hereof, compliance herewith, or the punishment of violations hereof.

EMISSIVE ENERGY CORPORATION
By Its Attorney,

6/2/08

Craig M. Scott, Esq. (#4237)
Byron L. McMasters, Esq. (#7754)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Phone
(401) 455-0701 - Fax

5/30/08

MARY SEDIVY d/b/a ASPEN COUNTRY STORE

ENTER:

J.

Dated: June 3, 2008

PER ORDER:

Clerk

H:\Clients\Emissive Energy\Innovage - RI\Pleadings\Consent Perm Inj-Sedivy.doc