UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a APSEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | C.A. NO. 06-401-S |

**WITHDRAWAL OF APPEARANCE**
**AND**
**ENTRY OF APPEARANCE**

Howard C. Miskin, Esquire and Gloria Tsui-Yip, Esquire, hereby withdraw their appearances for defendants Innovage Inc. (now Innovage LLC), Walgreen Co., Philip Franken d/b/a Auctionatic Store, and Overstock.com Inc., and Craig McLaughlin, Esquire hereby enters his appearance for those defendants.

Michael H. Feldhuhn, Esquire continues as Local Counsel for those defendants.

/s/ Gloria Tsui-Yip

______________________________
Gloria Tsui-Yip, Esq.

/s/ Howard C. Miskin

______________________________
Howard C. Miskin, Esq.
MISKIN & TSUI-YIP LLP
1350 Broadway
Suite 802
New York, NY 10018
Tel: (212) 268-0900
Fax: (212) 268-0904

/s/ Craig McLaughlin

Craig McLaughlin, Esq.
THE ECLIPSE GROUP, LLP
O'Connor Christensen & McLaughlin, Trial Division
1920 Main Street
Suite 150
Irvine, CA 92614
Tel: (949) 851-5000
Fax: (949) 851-5051

**CERTIFICATION**

I hereby certify that on this 9th day of June, 2008, this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record:

Craig M. Scott, Esquire
Byron McMasters, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn