UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,

Plaintiff,

vs.

INNOVAGE, INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC., and PHILIP FRANKEN d/b/a AUCTIONATIC STORE,

Defendants.

C.A. NO. 06-401S

**ASSENTED TO MOTION TO AMEND FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15, Plaintiff Emissive Energy Corporation ("Emissive"), hereby moves to amend its First Amended Complaint in the form attached hereto as Exhibit A. Plaintiff seeks this amendment to add Innovage, LLC, successor-in-interest to Innovage, Inc., as a defendant in this action. In support of its motion, Emissive states that all defendants assent hereto.

Respectfully submitted,
EMISSIVE ENERGY CORPORATION
By its Attorneys

/s/ Byron L. McMasters
Craig M. Scott, Esq. (#4237)
Byron L. McMasters, Esq. (#7754)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: June 9, 2008

Assented to:

INNOVAGE, INC., INNOVAGE, LLC,
WALGREEN CO., OVERSTOCK.COM,
INC., and PHILIP FRANKEN d/b/a
AUCTIONATIC STORE
By their attorneys,

/s/ Michael H. Fedhuhn (w/ permission)
Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street
Suite 200
Providence, RI 02903

and

Craig McLaughlin, Esq. (*pro hac vice* pending)
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

## CERTIFICATE OF SERVICE

I hereby certify that the within *Assented to Motion to Amend the First Amended Complaint* was filed through the ECF system on the 9th day of June, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

and was served, via First Class Mail, to the party named below who is not a registered ECF participant:

Craig McLaughlin, Esq.
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

/s/ Byron L. McMasters

H:\Clients\Emissive Energy\Innovage - RI\Pleadings (06-401)\Mot Amend (Assented to).doc