UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., INNOVAGE, LLC,<br>WALGREEN CO., OVERSTOCK.COM, INC.,<br>and PHILIP FRANKEN d/b/a<br>AUCTIONATIC STORE,<br>Defendants. | : | C.A. No. 06-401-S |

**STIPULATION**

Defendants may have an enlargement of time, to and including July 1, 2008, to answer, move, or otherwise respond to plaintiff's Second Amended Complaint.

Plaintiff,
By Its Attorney,

/s/ Byron L. McMasters

Byron L. McMasters (#7754)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel. (401) 455-0700
FAX (401) 455-0701

Defendants,
By Their Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
United States District Judge

Date: __________