(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff(s)

v. Dkt. No. CA 06-401-S

INNOVAGE, INC., ET AL.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Innovage, Inc. now, Innovage LLC; Walgreen, Co.; Overstock.Com, Inc. & Philip Franker hereby moves that Becky V. Christensen be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Michael H. Feldhuhn
Print Name

Attorney at Law
Firm and Business Address

56 Pine Street, Suite 200

Providence, RI 02903

RI Bar ID # 3344

Email: mike@feldhuhn.com

Tel. # 401-331-6600

Fax # 401-274-2780

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

____________________
District Judge

____________________
Date