UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION,
Plaintiff,

v. C.A. No. 2006-401-S

INNOVAGE, INC., et al.
Defendants.

**DEFENDANTS' MOTION TO EXTEND TIME TO SERVE RESPONSES AND OBJECTIONS TO PLAINTIFF'S EIGHT SETS OF DISCOVERY REQUESTS**

All defendants move for a two-week extension of time, to and including July 14, 2008, to serve their responses and objections to eight (8) sets of discovery requests that plaintiff served on or about May 29, 2008. Defendants need the additional time requested herein for the following reasons:

1) Defendants are now represented by new Lead Counsel, who was substituted for prior Lead Counsel just three weeks ago and the file from previous counsel was just delivered to the new Lead Counsel on June 26, 2008;

2) The eight sets of discovery are Plaintiff's First Set of Interrogatories and First Set of Requests for Documents propounded to Defendants Innovage, Inc. and Innovage, LLC, to Defendant Walgreen Co., to Defendant Overstock.com, Inc., and to Defendant Philip Franken, each of which is located in a different state;

3) The discovery requests require each defendant to assemble a substantial amount of information.

Counsel for Defendants sought to secure this extension by stipulation from Plaintiff's counsel, but, to date, Plaintiff's counsel has not agreed to so stipulate. Fact discovery in this case remains open until November 2008, so the granting of this motion will not prejudice Plaintiff nor have any impact on the scheduling of this case.

Defendants,

/s/ Michael H. Feldhuhn

_______________________________

By: Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780
LOCAL COUNSEL

DATED: June 26, 2008

**CERTIFICATION**

I hereby certify that on this 26th day of June, 2008, this document was filed electronically and is available for viewing and downloading to the ECF registered counsel of record:

Craig M. Scott, Esquire
Byron McMasters, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn

_________________________

Michael H. Feldhuhn (#3344)