**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **EMISSIVE ENERGY CORPORATION,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**INNOVAGE, INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC., and PHILIP FRANKEN d/b/a AUCTIONATIC STORE,**<br>**Defendants.** | : | **C.A. No. 06-401-S** |

**STIPULATION**

**All defendants may have an enlargement of time, to and including July 14, 2008, to serve their responses and objections to the interrogatories and requests for production served by plaintiff on or about May 29, 2008.**

**Plaintiff,**
**By Its Attorney,**

**/s/ Byron L. McMasters**

**Byron L. McMasters (#7754)**
**DUFFY, SWEENEY & SCOTT, LTD.**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tel. (401) 455-0700**
**FAX (401) 455-0701**

**Defendants,**
**By Their Attorney,**

**/s/ Michael H. Feldhuhn**

**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, RI 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**ENTER:**

**The Honorable William E. Smith**
**United States District Judge**

**Date: __________**