Case 1:06-cv-00401-S-LDA Document 68 Filed 06/26/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff(s)

v.

Dkt. No. CA 06-401-S

INNOVAGE, INC., ET AL.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Innovage, Inc. now, Innovage LLC; Walgreen, Co.; Overstock.Com, Inc. & Philip Franker hereby moves that Becky V. Christensen be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael H. Feldhuhn
Print Name

Attorney at Law
Firm and Business Address

56 Pine Street, Suite 200

Providence, RI 02903

RI Bar ID # 3344

Email: mike@feldhuhn.com

Tel. # 401-331-6600

Fax # 401-274-2780

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

WSMM
District Judge

6/30/08
Date