UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE , INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, and PHILIP FRANKEN d/b/a AUCTIONATIC STORE,<br><br>Defendants. | : | C.A. NO. 06-401S<br><br>**DEFENDANT PHILIP FRANKEN'S ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANT PHILIP FRANKEN'S ANSWER TO SECOND AMENDED COMPLAINT**

Defendant, Philip Franken ("Franken" or "Defendant") as for its answer to Plaintiff Emissive Energy Corporation's ("Emissive" or "Plaintiff") Second Amended Complaint alleges as follows:

**PARTIES**

1. Answering paragraph 1 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

2. Answering paragraph 2 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

3. Answering paragraph 3 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

4. Answering paragraph 4 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

5. Answering paragraph 5 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

6. Answering paragraph 6 of the Second Amended Complaint, Franken admits that he is an individual with a business address of 335 Bismark Road, Jackson, New Jersey and www.auctionaticstore.com is an internet retailer, and denies the remaining allegations therein.

**JURISDICTION AND VENUE**

7. Answering paragraph 7 of the Second Amended Complaint, Franken admits the allegations contained therein, limited to subject matter jurisdiction.

8. Answering paragraph 8 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

9. Answering paragraph 9 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

10. Answering paragraph 10 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

11. Answering paragraph 11of the Second Amended Complaint, Franken denies the allegations contained therein.

**FACTS**

**Emissive, Its Products and Trademark**

12. Answering paragraph 12 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

13. Answering paragraph 13 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

14. Answering paragraph 14 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

15. Answering paragraph 15 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

16. Answering paragraph 16 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

17. Answering paragraph 17 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

18. Answering paragraph 18 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

19. Answering paragraph 19 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

20. Answering paragraph 20 of the Second Amended Complaint, Franken admits that Exhibit A appears to be a copy of U.S. Trademark Registration No. 2,575,157 and is without information sufficient to form a belief as to the truth of the remaining allegations contained therein.

21. Answering paragraph 21 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Innovage's Business**

22. Answering paragraph 22 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

23. Answering paragraph 23 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

24. Answering paragraph 24 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein regarding Walgreen and Overstock. Franken denies the remaining allegations contained therein.

25. Answering paragraph 25 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

26. Answering paragraph 26 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

27. Answering paragraph 27 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

28. Answering paragraph 28 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

29. Answering paragraph 29 of the Second Amended Complaint, Franken denies the allegations contained therein.

30. Answering paragraph 30 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

31. Answering paragraph 31 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

32. Answering paragraph 32 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

33. Answering paragraph 33 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

34. Answering paragraph 34 of the Second Amended Complaint, Franken denies the allegations contained therein.

35. Answering paragraph 35 of the Second Amended Complaint, Franken is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**Innovage Sales on the Internet**

36. Answering paragraph 36 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to Overstock.

37. Answering paragraph 37 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to Overstock.

38. Answering paragraph 38 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to Overstock.

39. Answering paragraph 39 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to Overstock.

40. Answering paragraph 40 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations with respect to Overstock.

## COUNT I
## Federal Trademark Infringement – All Defendants
## (Violation of 15 U.S.C. § 1114)

41. Answering paragraph 41 of the Second Amended Complaint, Franken incorporates by reference its answers to each of the paragraphs 1 through 40, as if fully set forth herein.

42. Answering paragraph 42 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

43. Answering paragraph 43 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information

to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

44. Answering paragraph 44 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

45. Answering paragraph 45 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

46. Answering paragraph 46 of the Second Amended Complaint, Franken denies the allegations contained therein.

**COUNT II**
**Federal Unfair Competition and False Designation of Origin – All Defendants**
**(Violation of 15 U.S.C. § 1125(a))**

47. Answering paragraph 47 of the Second Amended Complaint, Franken incorporates by reference its answers to each of the paragraphs 1 through 46, as if fully set forth herein.

48. Answering paragraph 48 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

49. Answering paragraph 49 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information

to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

50. Answering paragraph 50 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

51. Answering paragraph 51 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

52. Answering paragraph 52 of the Second Amended Complaint, Franken denies the allegations contained therein.

**COUNT III**
**Common Law Unfair Competition – All Defendants**

53. Answering paragraph 53 of the Second Amended Complaint, Franken incorporates by reference its answers to each of the paragraphs 1 through 52, as if fully set forth herein.

54. Answering paragraph 54 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

55. Answering paragraph 55 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information

to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

56. Answering paragraph 56 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

57. Answering paragraph 57 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

58. Answering paragraph 58 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

59. Answering paragraph 59 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

60. Answering paragraph 60 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

61. Answering paragraph 61 of the Second Amended Complaint, Franken denies the allegations with respect to Franken, and is without knowledge or information to form a belief as to the truth of the allegations with respect to the other Defendants contained within said paragraph.

62. Answering paragraph 62 of the Second Amended Complaint, Franken denies the allegations contained therein.

63. Franken denies each and every allegation contained in the Second Amended Complaint not specifically admitted herein.

64. Franken denies that Plaintiff is entitled to any of the relief sought in the Second Amended complaint including injunctive relief, damages or attorneys fees.

## **FIRST AFFIRMATIVE DEFENSE**

65. Plaintiff's Second Amended Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

## **SECOND AFFIRMATIVE DEFENSE**

66. Franken is not a proper party in this action.

## **THIRD AFFIRMATIVE DEFENSE**

67. Plaintiff's Second Amended Complaint must be dismissed for lack of personal jurisdiction over Franken.

## **FOURTH AFFIRMATIVE DEFENSE**

68. The trademark INNOVAGE does not infringe upon Plaintiff's mark.

## **FIFTH AFFIRMATIVE DEFENSE**

69. Plaintiff's INOVA mark is a weak mark.

**SIXTH AFFIRMATIVE DEFENSE**

70. Plaintiff's INOVA mark is not capable of trademark protection under the laws of the United States and/or the common law

**SEVENTH AFFIRMATIVE DEFENSE**

71. Defendant Franken did not unfairly compete with Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

72. Plaintiff's INOVA mark is not inherently distinctive.

**NINTH AFFIRMATIVE DEFENSE**

73. Plaintiff's INOVA mark does not immediately identify the source of the product as Plaintiff

**TENTH AFFIRMATIVE DEFENSE**

74. The Second Amended Complaint is barred by the doctrine of laches.

**ELEVENTH AFFIRMATIVE DEFENSE**

75. The Second Amended Complaint is barred by the doctrines of estoppel and waiver.

**TWELFTH AFFIRMATIVE DEFENSE**

76. The enforceability of Plaintiff's INOVA mark, if enforceable at all, and any recovery by Emissive, if any recovery at all, is limited to LED flashlights.

**THIRTEENTH AFFIRMATIVE DEFENSE**

77. The enforceability of Plaintiff's INOVA mark, if enforceable at all, and any recovery by Emissive, if any recovery at all, is limited by Emissive's statements in its prosecution of the mark.

**FOURTEENTH AFFIRMATIVE DEFENSE**

78. INOVA's hands are unclean based at least on Emissive's failure to use the INOVA mark on all classes and goods claimed in its trademark application.

WHEREFORE, Phillip Franken prays for judgment against Plaintiff as follows:

A. That Emissive be awarded no relief at law or equity;

B. For the Second Amended Complaint be dismissed in its entirety with prejudice;

C. Awarding costs and attorney fees under 15 USC § 1117 and any other statute that may allow them; and

D. For such other relief as this Court shall deem just and equitable.

## DEMAND FOR A JURY TRIAL

Defendant Philip Franken demands a trial by jury.

Respectfully submitted,

/S/ Michael H. Feldhuhn

Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 331-6600
Fax: (401) 274-2780
Email: Michael@feldhuhn.com

/S/ Craig McLaughlin

Craig McLaughlin, Esq.
THE ECLIPSE GROUP LLP
O'CONNOR CHRISTENSEN & MCLAUGHLIN
TRIAL DIVISION
1920 Main Street, Suite 150
Irvine, CA 92614
Tel: (949) 851-5000
Fax: (949) 851-5051
Email: cml@eclipsegrp.com

Attorneys for Defendants
Innovage LLC, Walgreen Co., Overstock.com, Inc., and Philip Franken

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2008, this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record:

Craig M. Scott, Esq.
Byron L. McMasters, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

Julie Tran

Julie Tran