UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a/ GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | : | C.A. NO. 06-401S |

**ANSWER OF EMISSIVE ENERGY CORPORATION TO INNOVAGE LLC'S COUNTERCLAIMS TO SECOND AMENDED COMPLAINT**

Plaintiff, Emissive Energy Corporation ("Emissive"), hereby answers Defendant Innovage, LLC's ("Innovage") Counterclaim as follows:

## INTRODUCTION

77. Emissive only admits that Innovage imports, sells and distributes products using the name "Innovage" but denies the remaining allegations of paragraph 77.

78. Admitted.

79. Denied.

## JURISDICTION AND VENUE

80. Emissive only admits this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) but denies the remaining allegations of paragraph 80.

81. Admitted.

82. Paragraph 82 states legal conclusions to which no response is required. To the extent a response is required, the averments of paragraph 82 are denied.

**THE PARTIES**

83. Admitted.

84. Admitted.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

85. Emissive lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 and therefore denies same.

86. Admitted that Innovage has filed trademark registrations with the U.S. Patent and Trademark Office under applications Serial Nos. 78/596,827 and 78/596,801. Emissive lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 86 and therefore denies same.

87. Admitted.

88. Emissive lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 and therefore denies same.

89. Admitted that Innovage denied infringement. Emissive denies that Innovage's products do not infringe Emissive's INOVA® trademark.

90. Paragraph 90 states legal conclusions to which no response is required. To the extent a response is required, the averments of paragraph 90 are denied.

**COUNT I**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

91. Emissive restates and re-alleges its responses to paragraphs 77 through 90 as if fully set forth herein.

92. Admitted that Innovage asserts a claim for declaratory relief. Emissive denies that Innovage is entitled to a declaration that it did not and does not infringe Emissive's INOVA® trademark. The remaining allegations contained in paragraph 92 are denied.

93. Denied.

94. Admitted that Innovage seeks a declaration of non-infringement. Emissive denies that Innovage is entitled to such declaration. The remaining allegations contained in paragraph 94 are denied.

95. Denied.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

The Counterclaim and each purported claim for relief therein fail to state claims for which relief may be granted.

### SECOND DEFENSE

Emissive's INOVA® trademark registration is valid and subsisting.

### THIRD DEFENSE

Innovage has suffered no damage as a result of any conduct of Emissive.

### FOURTH DEFENSE

Innovage's claims are barred by the doctrine of estoppel and unclean hands.

### FIFTH DEFENSE

Innovage is not statutorily, contractually or otherwise entitled to recoup costs and attorney's fees from Emissive in this action.

Respectfully submitted,

EMISSIVE ENERGY CORPORATION
By its attorneys,

/s/ Byron L. McMasters

Craig M. Scott, Esq. (# 4237)
Byron L. McMasters, Esq. (#7754)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: July 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Plaintiff's Answer to Innovage, LLC's Counterclaims to Second Amended Complaint* was filed through the ECF system on the 14th day of July, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing:

Michael H. Feldhuhn, Esq.
56 Pine Street, Suite 200
Providence, RI 02903

Craig McLaughlin, Esq.
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

/s/ Byron L. McMasters

H:\Clients\Emissive Energy\Innovage - RI\Pleadings (06-401)\Answer to Counterclaims to 2d Amended Complaint.doc