**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC., d/b/a GOOD BUY GUYS, DENRIG, INC., MARY SEDIVY d/b/a ASPEN COUNTRY STORE, MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | Civil Action No.: 06-CV-401-S (LDA) |

**DECLARATION OF GLORIA TSUI-YIP IN SUPPORT OF DEFENDANT INNONVAGE, INC.'S (NOW INNOVAGE, LLC'S) AMENDED RULE 16 PRETRIAL CONFERENCE STATEMENT**

I, GLORIA TSUI-YIP, declare as follows:

1. I am a partner in the law firm, MISKIN & TSUI-YIP, LLP ("M&T"), having offices at 1350 Broadway, Suite 802, New York, New York, 10018. Until recently, M&T was the attorney of record for defendant Innovage, Inc., now Innovage, LLC ("Innovage"), in this action. I have personal knowledge of the matters contained in this Declaration and if called to testify as a witness, could and would competently testify to such matters. Where I am not certain of the facts I will state "on information and belief."

2. I am providing this Declaration in conjunction with the concurrent submission of Defendant Innovage, Inc.'s (now Innovage, LLC's) Amended Rule 16 Pretrial Conference Statement.

3. Upon re-reviewing our files and the Rule 16 Pretrial Conference Statement filed on May 6, 2008 (Document No. 57) ("Rule 16 Statement"), I discovered an obvious typographical error and certain statements in it that requires clarification. In particular, clarification is provided as to when a full trademark search for INNOVAGE was conducted. Also, an inherent inconsistency within the document is corrected: the full search did NOT uncover Plaintiff's registrations; which is consistent with Innovage's position that it had no knowledge of Plaintiff's mark until after Plaintiff contacted Innovage.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and accurate.

Dated: July 16, 2008
New York, New York

Gloria Tsui-Yip