UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC., and PHILIP FRANKEN d/b/a AUCTIONATIC STORE,<br><br>Defendants. | : | C.A. NO. 06-401S |

**PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Emissive Energy Corporation hereby moves for entry of a Protective Order in the form attached to its Memorandum of Law as Exhibit A.

In support of this Motion, Plaintiff relies on the Memorandum of Law filed herewith.

Respectfully submitted,
EMISSIVE ENERGY CORPORATION
By its Attorneys

/s/ Byron L. McMasters

Craig M. Scott, Esq. (#4237)
Byron L. McMasters, Esq. (#7754)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: July 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Motion for Entry of Protective Order* was filed through the ECF system on the 31st day of July, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

Craig McLaughlin, Esq.
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

/s/ Byron L. McMasters

H:\Clients\Emissive Energy\Innovage - RI\Pleadings (06-401)\Mot Protective Order.doc