***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

EMISSIVE ENERGY CORP.

v. Civil Action No. 06-401-S

INNOVAGE, INC., INNOVAGE, LLC,
WALGREEN CO., OVERSTOCK.COM, INC.,
and PHILIP FRANKEN d.b.a. AUCTIONATIC STORE

***DEFENDANTS' MOTION FOR***
***EXTENSION OF TIME***

The defendants, Innovage, Inc., Innovage, LLC, Walgreen Co., Overstock.com, Inc., and Philip Franken, d.b.a. Auctionatic Store (collectively, "Defendants"), hereby move this Court for an order extending the time within which they must respond to the Motion for Protective Order filed by the plaintiff, Emissive Energy Corp. for two weeks, through and including Tuesday, September 2, 2008.

In support of this motion, the Defendants state that they, their lead counsel and their recently-engaged local counsel are actively drafting a response to the motion. Defendants represent that despite their best effort, they have not completed this task, and seek an additional two weeks to do so. With discovery not scheduled to close until mid-November, the prejudice of this two-week extension to the plaintiff, if any prejudice does exist, is minimal.

Pursuant to Rule Cv-7 of the Local Rules for the United States District Court for the District of Rhode Island, this motion does not require a supporting memorandum.

Thus, for the reasons set forth herein, the Defendants request that this Court grant their motion, and allow them through and including Tuesday, September 2, 2008, to file their objection and response to the plaintiff's Motion for Protective Order.

INNOVAGE, INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC. and PHILIP FRANKEN, d.b.a. AUCTIONATIC STORE

/s/ Robert D. Fine /s/ Douglas J. Emanuel

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

/s/ Craig McLaughlin

Craig McLaughlin, *pro hac vice*
THE ECLIPSE GROUP LLP
O'CONNOR CHRISTENSEN & MCLAUGHLIN
TRIAL DIVISION
1920 Main Street, Suite 150
Irvine, CA 92614
Tel: (949) 851-5000
Fax: (949) 851-5051
Email: cml@eclipsegrp.com

Dated: August 18, 2008

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2008.

/s/ Douglas J. Emanuel