UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVAGE, INC., WALGREEN CO., OVERSTOCK.COM, INC., HARRISON BROS., INC. d/b/a GOOD BUY GUYS, DENRIG, INC., MERCHANDISE FOR YOU, NORTHERN MOUNTAIN SUPPLY, PHILIP FRANKEN d/b/a AUCTIONATIC STORE, and MERCHSAFARI, LLC,<br><br>Defendants. | C.A. No. 06-401-S |

**NOTICE OF APPEARANCE**

I, Jeffrey K. Techentin, hereby enter my appearance as Local Counsel for defendants Innovage Inc. (now Innovage LLC), Walgreen Co., Philip Franken d/b/a Auctionatic Store, and Overstock.com Inc.

/s/ Jeffrey K. Techentin______________
Jeffrey K. Techentin
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: August 25, 2008

**CERTIFICATION**

TO:

Craig M. Scott
cscott@duffysweeney.com
Byron L. McMasters
bmcmasters@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Craig McLaughlin
cmclaughlin@eclipsegrp.com
Becky V. Christensen
Edward F. O'Connor
The Eclipse Group, LLC
O'Connor Christensen & McLaughlin
1920 Main Street
Suite 150
Irvine, CA 92614

Douglas J. Emanuel
demanuel@crfllp.com
Robert D. Fine
rfine@crflp.com
CHACE, RUTTENBERG & FREEDMAN, LLP
One Park Row -- Suite 300
Providence, RI 02093

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 25th day of August, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 06-401-S.

/s/ Jeffrey K. Techentin__________

*465676_1*