UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>vs.<br>INNOVAGE, INC., INNOVAGE, LLC, WALGREEN CO., OVERSTOCK.COM, INC., and PHILIP FRANKEN d/b/a AUCTIONATIC STORE,<br>Defendants. | : | C.A. NO. 06-401S |

**PLAINTIFF'S MOTION TO AMEND PRETRIAL ORDER**

Plaintiff, Emissive Energy Corp. ("Emissive"), seeks to amend this Court's Pretrial Order [Dkt. No. 58] by extending all pretrial deadlines by two months. The requested extension, the first sought in this case, is warranted by a number of delays in discovery that have left Emissive without sufficient time to complete discovery. Emissive has conferred with opposing counsel in an attempt to agree on an extension of pretrial deadlines; however, last evening Defendants refused to enter into any such stipulation.

Document discovery has been stalled. Emissive first propounded discovery in late-May, 2008, shortly after the Rule 16 conference. Prior to the due date for responses, Emissive sent Defendants a proposed stipulated protective order in a form commonly used in this District. Defendants rejected Emissive's proposed protective order, declined to produce any documents, and the parties have not been able to agree on a form of protective order governing the exchange of confidential and highly confidential information and documents. As a result, Emissive moved for the entry of its form of protective order. A hearing on the motion is currently scheduled for September 19, 2008 at 10:00 a.m. Thus, at the earliest, the parties will exchange the requested

documents the week of September 22, 2008. Upon receipt of this long sought after discovery, Emissive contemplates taking no fewer than eight party and non-party depositions, with most of the witnesses residing from New York to California. Some of the information elicited during yet-to-be conducted discovery will be provided to Emissive's non-testifying consultants and/or experts in advance of the expert disclosure date, which is quickly approaching.

Moreover, anticipating a resolution next week of the protective order issue, the parties this week began to meet and confer on certain discovery issues, and they agree that additional conferences are necessary to resolve or narrow outstanding discovery disputes. Once documents have been exchanged and depositions taken, motions practice may be necessary. Additionally, pursuant to Court order, the parties are scheduled to mediate this case before Mr. Berry Mitchell on September 22, 2008.

In short, the time remaining to conduct fact discovery is not sufficient to accommodate the volume of discovery remaining, including depositions in the Northeast, Midwest and West Coast, and the requirements of potential expert witnesses. Accordingly, Emissive respectfully requests that the Court grant its motion and amend the Pretrial Order as follows:

1. Fact Discovery Closure. All factual discovery will be closed by **January 12, 2009**. (All fact discovery must be completed by this date, except by agreement or leave of Court.)

2. Expert Discovery Disclosures. Party with the burden of proof shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by **February 13, 2009**. Rebuttal expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by **March 13, 2009**. Expert discovery shall be completed by **April 13,**

**2009.** (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.)

3. Dispositive Motions. Dispositive motions shall be filed by **April 27, 2009**. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

Respectfully submitted,

EMISSIVE ENERGY CORPORATION
By its attorneys,

/s/ Craig M. Scott

Craig M. Scott (# 4237)
cscott@duffysweeney.com
Byron L. McMasters (#7554)
bmcmasters@duffysweeney.com
Duffy Sweeney & Scott, LTD
1800 Financial Plaza
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: September 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within *Plaintiff's Motion to Amend Pretrial Order* was filed through the ECF system on the 12th day of September, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

Craig McLaughlin, Esq.
Becky V. Christensen, Esq.
Edward F. O'Connor, Esq.
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Craig M. Scott

H:\Clients\Emissive Energy\Innovage - RI (06-401)\Pleadings (06-401)\Mot Amend Pretrial 9-12-08.doc